# United States Court of Appeals
## For the First Circuit

No. 18-2055

KATHY DUMONT,
individually and on behalf of all others similarly situated,

Plaintiff, Appellant,

v.

REILY FOODS COMPANY; NEW ENGLAND COFFEE COMPANY,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this court issued on August 8, 2019, is amended as follows:

On page 3, note 2, replace "C.f., e.g." with "Cf., e.g."

On page 5, line 14, replace "C.f." with "Cf."

On page 24, note 5, replace "93" with "93A"